# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3666

_____

Sandy Grodzin,                          *
                                        *
        Appellant,                      *
                                        *   Appeal from the United States
    v.                                  *   District Court for the
                                        *   District of South Dakota.
Michael J. Astrue,                      *
Commissioner of Social Security,        *   [UNPUBLISHED]
                                        *
        Appellee.                       *

_____

Submitted: April 21, 2010
     Filed: April 28, 2010

_____

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Sandy Grodzin appeals the district court's[1] order affirming the denial of widow's insurance benefits. We grant Grodzin leave to appeal in forma pauperis. Having carefully reviewed the record, see Wildman v Astrue, 596 F.3d 959, 963-64 (8th Cir. 2010) (standard of review), we agree with the district court that the decision

_____

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota.

at issue here is supported by substantial evidence on the record as a whole. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____